# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

        Plaintiff,

vs.

EMILY RUDDELL, et al.,

        Defendants.

Case No. 2:17-cv-01074-RFB-NJK

ORDER

(Docket No. 14)

Pending before the Court is Defendant Wigwam Ranch Square Homeowners Association's ("Wigwam") Demand for Security of Costs. Docket No. 14. No response was filed. The Court finds that this motion is properly resolved without oral argument. *See* Local Rule 78-1.

## **DISCUSSION**

It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions. *Feagins v. Trump Org.*, 2012 WL 925027, at *1 (D. Nev. Mar. 19, 2012) (citing *Hamar v. Hyatt Corp.,* 98 F.R.D. 305, 305–306 (D.Nev.1983); *Arrambide v. St. Mary's Hosp., Inc.,* 647 F. Supp. 1148, 1149 (D.Nev.1986)). Under Nevada law, "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant." NRS 18.130(1). The present case is a diversity action and Plaintiff is a non-resident of this state. *See* Complaint, Docket No. 1, at ¶ 2. Therefore, Plaintiff is required to provide security in the amount of $500 per defendant, pursuant to NRS 18.130. *See Feagins*, 2012 WL 925027, at *1.

## CONCLUSION

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Wigwam's Demand for Security of Costs, Docket No. 14, is **GRANTED.**

IT IS FURTHER ORDERED that Plaintiff shall post security in the amount of $500, as to Defendant Wigwam, no later than July 3, 2017.

DATED: June 23, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge