1   WRIGHT, FINLAY & ZAK, LLP
    Dana Jonathon Nitz, Esq.
2   Nevada Bar No. 00050
    Yanxiong Li, Esq.
3   Nevada Bar No. 12807
    7785 W. Sahara Ave., Suite 200
4   Las Vegas, NV 89117
5   (702) 475-7964; Fax: (702) 946-1345
    yli@wrightlegal.net
6   *Attorneys for Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  THE BANK OF NEW YORK MELLON FKA          2:17-cv-01074-RFB-NJK
    THE BANK OF NEW YORK, AS TRUSTEE
12  FOR THE CERTIFICATEHOLDERS OF            **STIPULATION AND ORDER FOR**
    CWALT, INC., ALTERNATIVE LOAN            **DISCLAIMER OF INTEREST AND**
13  TRUST 2006-HY11, MORTGAGE PASS-          **DISMISSAL OF MORTGAGE**
    THROUGH CERTIFICATES, SERIES 2006-       **ELECTRONIC REGISTRATION**
14  HY11,                                    **SYSTEMS, INC. WITH PREJUDICE**
15
16              Plaintiff,
17              vs.
18  EMILY RUDDELL; SFR INVESTMENTS
    POOL 1, LLC; MORTGAGE ELECTRONIC
19  REGISTRATION SYSTEMS, INC.;
    WIGWAM RANCH SQUARE
20  HOMEOWNERS ASSOCIATION; DOE
21  INDIVIDUALS I-X, inclusive; and ROE
    CORPORATIONS I-X, inclusive,
22  ,
23              Defendants,
    SFR INVESTMENTS POOL 1, LLC,
24
25              Counter/Cross Claimant,
26  vs.
27
    THE BANK OF NEW YORK MELLON FKA
28  THE BANK OF NEW YORK, AS TRUSTEE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HY11; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR COUNTRYWIDE HOME LOANS, INC.; EMILY RUDDELL, an individual,<br><br>Counter/Cross Defendants. |

8    Defendant/Counter/Cross-claimant, SFR INVESTMENTS POOL 1, LLC ("SFR"),

9  Cross-defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"),

10  by and through their respective counsel of record, hereby stipulate and agree as follows:

11    WHEREAS,

12    1.    SFR named MERS as a Cross-defendant in this action;

13    2.    The property located at 8601 Little Fox Street, Las Vegas, Nevada 89123

14  ("Property"), was subject to a deed of trust recorded against the Property, on March 31, 2006, as

15  Instrument Number 20060331-0002965 in the Official Records of the Clark County, Nevada

16  Recorder's Office ("**Deed of Trust**");

17    3.    MERS, solely as nominee for lender, Countrywide Home Loans, Inc., and its

18  successor and assigns, was designated as the original beneficiary of the Deed of Trust;

19    4.    On December 5, 2012, the Property was sold pursuant to a Nevada homeowners'

20  association ("HOA") lien defined under NRS 116.3116(2);

21    5.    MERS, as nominee for Countrywide Home Loans, Inc., its successors and assigns

22  hereby disclaims all interest in the Deed of Trust against the Property;

23    8.    SFR will not seek to recover costs or attorney's fees against MERS as a result of

24  this disclaimer of interest.

25    **IT IS HEREBY STIPULATED AND AGREED** that MERS hereby disclaims any and

26  all interest in the Deed of Trust against the Property.

27    **IT IS FURTHER STIPULATED AND AGREED** that the above-referenced matter,

28  including all claims for relief thereto, shall be dismissed WITH PREJUDICE as against MERS.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs.

DATED this 1st day of December, 2017.

WRIGHT, FINLAY & ZAK, LLP


/s/ Yanxiong Li, Esq.

Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

DATED this 1st day of December, 2017.

KIM GILBERT EBRON


/s/ Diana S. Ebron, Esq.

Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Ste. 110
Las Vegas, Nevada 89139
(702) 485-3300; Fax: (702) 485-3301
*Attorney for Defendant/Counter/Cross-claimant, SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

December 4, 2017.
_____
DATED

_____
RICHARD F. BOULWARE, II
United States District Judge