WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Cross-Defendant,*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HY11,<br><br>        Plaintiff,<br><br>        vs.<br><br>EMILY RUDDELL; SFR INVESTMENTS POOL 1, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WIGWAM RANCH SQUARE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br>,<br>        Defendants, | 2:17-cv-01074-RFB-NJK<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>        Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HY11; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR COUNTRYWIDE HOME LOANS, INC.; EMILY RUDDELL, an individual,<br><br>        Counter/Cross Defendants. |

Yanxiong Li, Esq., of Wright, Finlay & Zak, LLP, requests removal from the CM/ECF Service List in the above-captioned matter.

On December 04, 2017, an Order Granting Stipulation for Disclaimer of Interest and Dismissal of Mortgage Electronic Registration Systems, Inc. With Prejudice was entered in this matter [ECF No. 38].

As a result, it is no longer necessary that Yanxiong Li, Esq. receive CM/ECF notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Yanxiong Li, Esq. be removed from the CM/ECF Service List in this matter.

DATED this __16th__ day of July, 2018.

                                                  WRIGHT, FINLAY & ZAK, LLP

                                                  /s/ Yanxiong Li, Esq.
                                                  Dana Jonathon Nitz, Esq.
                                                  Nevada Bar No. 0050
                                                  Yanxiong Li, Esq.
                                                  Nevada Bar No. 12807
                                                  7785 W. Sahara Ave., Suite 200
                                                  Las Vegas, Nevada 89117
                                                  (702) 475-7964; Fax: (702) 946-1345
                                                  yli@wrightlegal.net
                                                  *Attorneys for Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

IT IS SO ORDERED.
Dated: July 17, 2018
.
_____
Nancy J. Koppe
United States Magistrate Judge