# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006- HY11,<br><br>Plaintiff,<br><br>v.<br><br>EMILY RUDDELL; SFR INVESTMENTS POOL 1, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WIGWAM RANCH SQUARE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01074-RFB-NJK<br><br>**AMENDED ORDER** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Claimant/Cross-Claimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006- HY11; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR COUNTRYWIDE HOME LOANS, INC.; EMILY RUDDELL, an individual,<br><br>Counter-Defendants/Cross-Defendants. | |

1  Plaintiff Bank of New York Mellon opened this case by filing a complaint on April 18, 2017. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on June 8, 2017. ECF No. 16.  Judgment in favor of Defendant SFR Investments Pool 1, LLC was entered in this matter on April 1, 2019.  ECF Nos. 61 (Order Granting Dismissal), 62 (Clerk's Judgment). However, the judgment did not address the certificate of cash deposit.  The Court now corrects its Order to include instructions regarding the $500 deposit.

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 16, to:

> Bank of New York Mellon c/o Rex D. Garner, Esq
>
> 1160 Town Center Drive, Suite 330,
>
> Las Vegas, NV 89144

unless a party objects to this order by no later than 10 days.

**DATED:** <u>August 23, 2019</u>.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**